IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT P. RUSSELL, | : | |
| Plaintiff, | : | 12-cv-02484 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RONNIE HOLT | : | |
| Respondent | : | Hon. John E. Jones III |
| | : | |

## ORDER

**February 24, 2014**

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 17) of Magistrate Judge Schwab is **ADOPTED IN PART** and **REJECTED IN PART.**

2. The Petitioner's 28 U.S.C. § 2241 habeas corpus petition (Doc. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge